**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


MARCUS HOPER, SR.,

      Plaintiff,

v.                                                   CASE NO. 4:26cv70-RH-MAF

RON DESANTIS et al.,

      Defendants.

_____/


## ORDER OF REMAND


The plaintiff filed this action in state court but now has filed a notice purportedly removing the action to this court. The action is before the court on the magistrate judge's report and recommendation, ECF No. 3, and the objections, ECF Nos. 4 and 7. I have reviewed de novo the issues raised by the objections. The report and recommendation correctly concludes a plaintiff cannot remove his own case. The appropriate remedy is remand to state court.

IT IS ORDERED:

1. This case is remanded to the Circuit Court, Second Judicial Circuit, Leon County, Florida. The clerk must take all steps necessary to effect the remand.

2. All motions that have been filed in this court, ECF Nos. 5, 6, and 9, are denied as moot.

SO ORDERED on March 16, 2026.

s/Robert L. Hinkle
United States District Judge